1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, | Case No. 1:22-cv-00904-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | (ECF No. 10) |
| OLAM AMERICAS, INC., et al., | |
| Defendants. | |

Plaintiff Berkley Assurance Company initiated this action on July 20, 2022 against Defendants Olam Americas, Inc. ("Olam") and Smirk's LTD. (ECF No. 1.) On October 12, 2022, Plaintiff and Defendant Olam filed a stipulated request to extend the deadline for Olam to file a response to the complaint. (ECF No. 10.) The parties proffer it was unclear what date service was effected and, after conferring, they agreed to extend the responsive pleading deadline. The Court finds good cause exists to grant the requested relief.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendant Olam Americas, Inc. to file a responsive pleading to the complaint is extended to **October 18, 2022**; and

2. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:   **October 13, 2022**

UNITED STATES MAGISTRATE JUDGE