# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, | Case No. 1:22-cv-00904-SAB |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | (ECF Nos. 4, 11) |
| OLAM AMERICAS, INC., et al., | |
| Defendants. | |

Plaintiff Berkley Assurance Company ("Plaintiff") initiated this action on July 20, 2022. The initial scheduling conference is currently set for October 20, 2022. (ECF No. 4.) On October 12, 2022, the parties filed a stipulated request to extend the responsive pleading deadline, which the Court granted. (ECF Nos. 10, 12.) On October 13, 2022, the parties filed a stipulated request to continue the scheduling conference. (ECF No. 11.) The Court finds good cause to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation to continue the scheduling conference (ECF No. 11) is GRANTED;
2. The scheduling conference currently set for October 20, 2022, is CONTINUED to **December 6, 2022**, at **10:30 a.m.** in **Courtroom 9**; and

///

1

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **October 14, 2022**

_____
UNITED STATES MAGISTRATE JUDGE