# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OLAM AMERICAS, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00904-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING<br><br>(ECF Nos. 14, 20) |

A motion to dismiss is currently set for hearing on November 30, 2022. (ECF No. 14.) On November 10, 2022, the parties filed a stipulated request to continue the hearing on the motion to dismiss until January 4, 2023, or a date thereafter. (ECF No. 20.) The Court finds good cause to grant the stipulated request due to counsel's trial schedule.

Accordingly, IT IS HEREBY ORDERED that the November 30, 2022 hearing on Defendant's motion to dismiss (ECF No. 14) is CONTINUED to January 4, 2023, at 10:00 a.m., in Courtroom 9.

IT IS SO ORDERED.

Dated: **November 14, 2022**

UNITED STATES MAGISTRATE JUDGE

1