# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>                   Plaintiff,<br><br>        v.<br><br>OLAM AMERICAS, INC., et al.,<br><br>                   Defendants. | Case No.  1:22-cv-00904-SAB<br><br>ORDER CONTINUING HEARINGS ON DEFENDANT'S MOTION TO DISMISS AND MOTION FOR JOINDER TO JANUARY 11, 2023<br><br>(ECF Nos. 14, 20) |

A motion to dismiss is currently set for hearing on January 4, 2023.  (ECF Nos. 14, 21.) On December 6, 2022, Defendant Olam Americas, Inc., filed a motion for joinder and more definite statement, and set the hearing for January 4, 2023.  (ECF No. 22.)  While prudent to hear the motions on the same day, the Court finds it more proper to set both motions for hearing in the following week so that the motion for joinder and more definite statement complies with the notice requirement under the Local Rule.  <u>See</u> L.R. 230(b) (requiring motion be heard not less than 35 days after service and filing of the motion).

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion to
2 dismiss, (ECF Nos. 14, 21), and the hearing on Defendant's motion for joinder and more definite
3 statement, (ECF No. 22), currently set for January 4, 2023, are CONTINUED to January 11,
4 2023, at 10:00 a.m., in Courtroom 9.

IT IS SO ORDERED.

Dated:   **December 7, 2022**

UNITED STATES MAGISTRATE JUDGE