# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLAM AMERICAS, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00904-ADA-SAB<br><br>ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY AND DIRECTING CLERK OF COURT TO UPDATE DOCKET<br><br>(ECF No. 38) |

On February 6, 2023, Defendant Olam Americas, Inc. filed a notice of substitution of attorney, substituting attorney Michael W. Irving in place of attorney Tom McNutt. (ECF No. 38.) Accordingly, Michael W. Irving is substituted as lead attorney of record for Defendant Olam Americas, Inc. and the Office of the Clerk is DIRECTED to terminate attorney Tom McNutt as counsel of record for Defendant Olam Americas, Inc.

IT IS SO ORDERED.

Dated: **February 7, 2023**

UNITED STATES MAGISTRATE JUDGE

1