# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OLAM AMERICAS, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00904-ADA-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATEMENT OF OPPOSITION OR NON-OPPOSITION TO DEFENDANT SMIRK'S LTD'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 44)<br><br>**DEADLINE: FEBRUARY 28, 2023** |

Currently before the Court is Defendant Smirk's LTD's request for an extension of time to file a response to the first amended complaint. (ECF No. 44.) The request is not filed in the form of a motion, but a check-box type of filing indicating that this is the first request for an extension; that the request is required because defense counsel is in trial; and proffers the responsive pleading is currently due February 23, 2023. (Id. at 1-2.) The filing is not in the form of a proper *ex parte* request or motion, and provides no indication whether the Smirk's LTD has contacted Plaintiff whether they would stipulate to an extension. While the procedural posture of this action is not absolutely clear, it does not appear to the Court that the deadline to file a responsive pleading was February 23, 2023. Given the procedural posture, the Court shall require Plaintiff to file a statement indicating whether they oppose the requested extension. Given Defendant Smirk's LTD is only requesting an extension to March, 2, 2023, the Court shall

1

1 require Plaintiff to file a response by February 28, 2023.

2     Accordingly, IT IS HEREBY ORDERED that **on or before February 28, 2023**, Plaintiff shall file a statement indicating whether they oppose or do not oppose Defendant Smirk's LTD's request for an extension of the time to file a responsive pleading.

IT IS SO ORDERED.

Dated: **February 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE