# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OLAM AMERICAS, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00904-ADA-SAB<br><br>ORDER GRANTING DEFENDANT SMIRK'S LTD'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF Nos. 44, 45, 46) |

Currently before the Court is Defendant Smirk's LTD's request for an extension of time to file a response to the first amended complaint. (ECF No. 44.) The request was not filed in the form of a motion, but a check-box type of filing; it was not presented in the form of a proper *ex parte* request to shorten time; and provided no indication whether Smirk's LTD had contacted Plaintiff concerning whether they would stipulate to an extension. Given the procedural posture of this action and the content of the filing, the Court ordered Plaintiff to file a statement indicating whether they opposed the requested extension. (ECF No. 45.) On February 28, 2023, Plaintiffs filed a statement indicating they do not oppose the extension, provided it is the final extension. (ECF No. 46.)

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that Defendant Smirk's LTD's motion for extension of time is GRANTED, and Defendant Smirk's LTD shall file a responsive pleading on or before March 2, 2023.

IT IS SO ORDERED.

Dated: **March 1, 2023**

UNITED STATES MAGISTRATE JUDGE